IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT STEVEN FORISH,<br><br>*Plaintiff,*<br><br>v.<br><br>JOHN BRASILE, *et al*,<br><br>*Defendants.* | Civil Action No. 2:23-cv-1316<br><br>Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this 18 day of June 2024, in accordance with the Memorandum Opinion and Order of Court entered this date and pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that final judgment is entered in favor of Defendants John Brasile, Chuck McDowell, Jr., Latrobe Volunteer Fire Department, City of Latrobe and Randall D. Gardner and against Plaintiff Robert Steven Forish. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE